9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

William Strasburg
233 Emerald Dr.
Mt. Storm, WV 26739
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Hardy County, WV

Moorefield Police Department
244 Washington St, #111
Moorefield, WV 26836

(Full name and address of the defendant(s))
**Defendant(s)**

FILED
MAY 16 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Civil No.: 2:22 CV 6
(Leave blank. To be filled in by Court.)

Kleeh/Aloi

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

Complaint (Rev. 12/2000)

1

2. The facts of this case are:

    PLEASE SEE ATTACHED MOTION TO REMOVE

- TORT OF OUTRAGE
- UNLAWFUL DETAINMENT
- UNLAWFUL ARREST
- UNLAWFUL INCARCERATION
- UNLAWFUL RE-ARREST AND TRANSPORT ACROSS STATE LINES
- MISTREATMENT IN JAIL (SPECIFICS FORTHCOMING)

- ADDITIONAL INFORMATION TO BE FILED SOON

3. The relief I want the court to order is:

[✓] Damages in the amount of: $12,000,000

[✓] An injunction ordering: No Police Contact Without Criminal Behavior

[ ] Other (explain) _____

13 MAY, 2022
(Date)

(Signature)

WILLIAM STRASBURG
233 EMERALD DR.
Mt. Storm, WV 26739
(703) 470-3495
(Printed name, address and phone number of Plaintiff)

## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.