FILED: August 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1484
(2:22-cv-00006-TSK-MJA)
_____

WILLIAM STRASBURG

    Plaintiff - Appellant

v.

HARDY COUNTY, WV; MOOREFIELD POLICE DEPARTMENT

    Defendants - Appellees

_____

JUDGMENT
_____

In accordance with the decision of this court, the district court order entered March 31, 2023, is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK